

# Fitzpatrick

FITZPATRICK, CELLA, HARPER & SCINTO

**NATALIE LIEBER**
nlieber@fchs.com
212-218-2923

www.fitzpatrickcella.com

**NEW YORK**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

June 26, 2014

VIA ECF AND ELECTRONIC MAIL

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Gilead Sciences, Inc., et al. v. Cipla Limited* (12-cv-6350)
      *Gilead Sciences, Inc. v. Cipla Limited* (12-cv-6351)

Dear Judge Sullivan:

Enclosed are motions respectfully requesting that the Court stay these litigations for 30 days while the parties engage in settlement negotiations. The Parties also jointly request that if the cases have not already been settled and dismissed, then the Parties be ordered to report the status of their negotiations to the Court on July 28, 2014.

Respectfully Submitted,

*Natalie L*

Natalie Lieber (NL 2481)

cc:   Christopher Sorenson (by email)