IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILEAD SCIENCES, INC., <br><br> Plaintiff, <br> v. <br><br> CIPLA LTD., <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 12-cv-6351 (RJS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [] ORDER TO STAY LITIGATION

Pursuant to the Parties' joint request, **IT IS HEREBY ORDERED THAT**:

1. This action is stayed for 30 days while the parties engage in settlement negotiations.

2. If the case has not already been settled and dismissed, then the Parties are ordered to report the status of their negotiations to the Court on July 28, 2014.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2014

IT IS SO ORDERED this 27 day of June, 2014

_____
Richard J. Sullivan
United States District Judge