IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILEAD SCIENCES, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>CIPLA LIMITED,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 12-cv-6351 (RJS)<br>)<br>)<br>)<br>)<br>) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/2014

### ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Vinita Ferrera for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of New York and Massachusetts, and that her contact information is as follows:

    Vinita Ferrera
    Wilmer Cutler Pickering Hale and Dorr LLP
    60 State Street
    Boston, MA 02109
    Tel: (617) 526-6208
    Fax: (617) 526-5000
    Email: vinita.ferrera@wilmerhale.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Gilead Sciences, Inc. in the above-captioned action,

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

SO ORDERED.
Dated: 7/17/14

RICHARD J. SULLIVAN
U.S.D.J.