

# Fitzpatrick

FITZPATRICK, CELLA, HARPER & SCINTO

**CHRISTOPHER P. BORELLO**
CBorello@fchs.com
212-218-2574

www.fitzpatrickcella.com

**NEW YORK**
1290 Avenue of the Americas
New York, NY 10104-3800
T 212-218-2100
F 212-218-2200

July 28, 2014

VIA E-MAIL & ECF

Honorable Richard J. Sullivan
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Gilead Sciences, Inc. v. Cipla Ltd.*, Civil Action No. 12-CV-6351 (RJS)

Dear Judge Sullivan:

We represent the plaintiff in the above-captioned lawsuit and write jointly on behalf of all of the parties.

Pursuant to an Order signed by the Court on June 27, 2014, this case was stayed while the parties engaged in settlement negotiations (D.I. 71). The parties have now reached a settlement, have reduced the agreement to a fully executed writing, and will submit it to the FTC and DOJ for review. The parties respectfully request that the Court enter the Order on Stipulation for Dismissal found as Exhibit A to this letter pursuant to the Settlement and License Agreement.

Respectfully Submitted,

*Chris Borello /FCM*

Christopher P. Borello

cc:   Christopher J. Sorenson, Esq.