IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

GILEAD SCIENCES, INC.,

Plaintiff,

v.

CIPLA LIMITED,

Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2014

C.A. No. 12-cv-6351(RJS)(AJP)

## ORDER ON STIPULATION FOR DISMISSAL

Before the Court is the Stipulation for Dismissal of Plaintiff, GILEAD SCIENCES, INC. ("Gilead") and Defendant, CIPLA LIMITED ("Cipla"). The Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED and DECREED that all claims, counterclaims or causes of action asserted in this suit by and between Gilead and Cipla are hereby dismissed with prejudice.

It is further ORDERED that each party shall bear its own costs, expenses and attorney's fees and that the Court shall retain exclusive jurisdiction over any dispute between the parties relating to the resolution of the Action, including for the purpose of enforcing the terms of the settlement agreement.

It is further ORDERED that either party may write to the Court to reopen this matter and restore it to the active docket at any time within sixty (60) days after termination of discussions

2

between the parties to cure any objections raised by the Federal Trade Commission and/or

Department of Justice.

IT IS SO ORDERED THIS _28th_ day of _July_, 2014.

_____

UNITED STATES DISTRICT JUDGE

3

ActiveUS 128376921v.3
97123.1